In the MATTER OF the Petition
of Norman MORRISEY for
A Writ of Mandamus

No. 177, 2016

Supreme Court of Delaware.

Submitted: April 21, 2016

Decided: May 9, 2016

DISMISSED.

Kevin D. GUNTER, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 336, 2015

Supreme Court of Delaware.

Submitted: February 17, 2016

Decided: May 9, 2016

Court Below—Superior Court of the
State of Delaware, Cr. ID No. 1310014746

AFFIRMED.

Stephen THOMAS, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 557, 2015

Supreme Court of Delaware.

Submitted: April 4, 2016

Decided: June 1, 2016

Court Below—Superior Court of the
State of Delaware, Cr. ID 1408006741.

AFFIRMED.